**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| RGT INVESTMENTS, LLC, et. al., | : | CASE NO. 1:21-cv-00546 |
| Plaintiffs/Counterclaim Defendants, | : | (Judge Karen L. Litkovitz) |
| v. | : | **JOINT STIPULATION AND FINAL ENTRY OF DISMISSAL WITH PREJUDICE** |
| DJ STEAKBURGERS, LLC, | : | |
| Defendant/Counterclaim Plaintiff. | : | |
| | : | |

This cause has been fully and completely settled by and between Plaintiffs RGT Investments, LLC, et. al., and Defendant DJ Steakburgers, LLC.  Accordingly, the case including all claims and counterclaims asserted within it is hereby dismissed, with prejudice. Each party shall bear its own costs.

**SO ORDERED** this _23rd_ day of April, 2024.

_Karen L. Litkovitz_
Judge Karen L. Litkovitz

Respectfully submitted,

//s/*Derek L. Muncy*
David P. Williamson, Trial Attorney
Atty. Reg. No. 0032614
Direct Dial (937) 250-7776
Derek L. Muncy
Atty Reg No.  0100447
Direct Dial (937) 250-7794

/s/ *Sarah B. Cameron*
Sarah B. Cameron (0091319)
Dinsmore & Shohl, LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
Email: sarah.cameron@dinsmore.com

| | |
|---|---|
| *Attorneys for Defendant DJ Steakburgers, LLC*<br>BIESER, GREER & LANDIS LLP<br>6 N. Main Street, Suite 400<br>Dayton, OH 45402-1908<br>Dir Tel: (937) 223-3277<br>E-mail:dpw@biesergreer.com;<br>dlm@biesergreer.com<br>Fax: (937) 223-6339 | Counsel for Plaintiffs RGT Investments, LLC and PSP Foods, LLC. |